United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Geremy Misael Nieves Barrios, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-2387 |
| | § | |
| Raymond Thompson, | § | |
| | § | |
| Respondent. | § | |

## ORDER DISMISSING PETITION

Before the Court is Respondent's Motion to Dismiss Petition for a Writ of *Habeas Corpus* as Moot, which indicates that Petitioner Geremy Misael Nieves Barrios was removed from the United States to Venezuela on June 18, 2026. Doc. 9; *see also* Doc. 9-1 (Removal Documents).

Petitioner's removal renders the sole challenge in his Petition—his detention—non-justiciable. *See* Doc. 1. Therefore, Respondent's Motion to Dismiss is GRANTED, and the Petition is DISMISSED AS MOOT.

The action shall be restored to the docket upon Petitioner's request and his demonstration that any aspect of the Petition has not been rendered moot by his removal.

A final judgment will be entered separately.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 10th of July, 2026.

Nicholas J. Ganjei
United States District Judge